**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00606-CV**

———————————

**KIRK MCCLOUD AND LETINA MCCLOUD, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-5, ASSET-BACKED CERTIFICATES 2006-5, SELECT PORTFOLIO SERVICING INC. AND MCCARTHY & HOLTHUS, LLP, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-29461**

---

**MEMORANDUM OPINION**

Appellants Kirk McCloud and Letina McCloud have not paid or made

arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P.

37.3(b).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We therefore dismiss the appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.